**Theresa WASHINGTON, Plaintiff–Appellant,**

v.

**Richard O'NEAL, Market Manager c/o Walmart; Loren Roos; Alex Barron; Teressa Chambers; John Engel; Jason Tanner; Deborah Patrick, c/o Walmart, Defendants–Appellees.**

No. 15–2223.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2016.

Decided: March 21, 2016.

Theresa Washington, Appellant Pro Se. Sarah Elizabeth Henninger, Kevin Michael Kraham, Littler Mendelson PC, Washington, DC, for Appellees.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theresa Washington appeals the district court's order denying her motion to appoint counsel, which the court construed as a motion to reopen her civil action. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Washington v. O'Neal,* No. 1:15–cv–00135–JFM (D.Md. Sept. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*